AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| Neal Smith )<br>)<br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>v. )<br>LA CLINICA DEL PUEBLO DE RIO ARRIBA, )<br>PHILIP C. ONYIRIMBA DDS, in his individual and )<br>professional capacity, )<br>and THE UNITED STATES OF AMERICA. )<br>_____ )<br>*Defendant(s)* ) | Civil Action No. 1:24-cv-00105 JMR/LF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America
201 Third Street, NW
Suite 900
Albuquerque, NM 87102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Komal N. Stiver
1000 Lomas Blvd NW
Albuquerque, NM 87102
t/ (505) 219-4440
f/ (505) 219-2223
e/ Komal@stiverlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, February 06, 2024          Elizabeth Hernandez
                                         _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00105 JMR/LF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE UNITED STATES OF AMERICA
was received by me on *(date)* 02-14-24.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ANN A. MARIE, who is designated by law to accept service of process on behalf of *(name of organization)* UNITED STATES OF AMERICA on *(date)* 02 14 24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02-14-24

_____ / GREG SALAZAR
Server's signature

GREG SALAZAR S.P.I.
Printed name and title

PO Box 1617 Tijeras, NM 87059
Server's address

Additional information regarding attempted service, etc:
Subscribed and sworn to before me this 14 day of February 2024. _____

STATE OF NEW MEXICO
NOTARY PUBLIC
Tonya Salazar
Commission No. 1004602
July 13, 2026